THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSE GARCIA TORRES, Defendant-Appellant.

(No. 60146; )

First District (5th Division)—September 27, 1974.

Samuels and Weininger, of Chicago (Elliot Samuels, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Assistant State's Attorney, of counsel), for the People.